UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEFFAN KINCAID DEWALD                                                      PLAINTIFF

v.                              No. 4:16CV00155 JLH/JTR

GARRY STEWART, Doctor,
Faulkner County Detention Center                                            DEFENDANT

### ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

Therefore, Dr. Stewart's Motion for Summary Judgment (Document #28) is granted and this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE